# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4297WM

_____

Flora L. Casey,                          *
                                         *
                Appellant,               *    Appeal from the United States
                                         *    District Court for the Western
        v.                               *    District of Missouri.
                                         *
Robert E. Rubin, Secretary, Department   *         [UNPUBLISHED]
of the Treasury,                         *
                                         *
                Appellee.                *

_____

Submitted:  August 3, 1998
Filed: August 7, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Flora L. Casey appeals the district court's adverse grant of summary judgment in Casey's employment discrimination suit under the Rehabilitation Act of 1973, 29 U.S.C. §§ 791 and 794.  We have carefully reviewed the record and the parties' briefs, and conclude the district court's judgment was correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.